UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD,<br><br>                          Petitioner,<br>v.<br><br>SAN DIEGO COUNTY SHERIFF,<br><br>                          Respondent. | Case No.: 18cv1252-CAB-WVG<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

On June 14, 2018, this Court issued an order denying in forma pauperis application as moot and dismissing case without prejudice. [Doc. No. 3.] On July 23, 2018, Petitioner filed a Notice of Appeal. [Doc. No. 4.] On August 8, 2018, the Ninth Circuit Court of Appeals issued an order "remand[ing] the case to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience." [Doc. No. 4 at 1.]

A petitioner complaining of detention arising from state court proceedings must obtain a certificate of appealability to file an appeal of the final order in a federal habeas proceeding. 28 U.S.C. § 2253(c)(1)(A) (2007). The district court may issue a certificate of appealability if the petitioner "has made a substantial showing of the denial of a constitutional right." Id. § 2253(c)(2). To make a "substantial showing," the petitioner must "demonstrat[e] that 'reasonable jurists would find the district court's assessment of

the constitutional claims debatable[.]' " *Beaty v. Stewart*, 303 F.3d 975, 984 (9th Cir.2002) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Here, Petitioner has not made a "substantial showing" as to any of the claims raised by his petition. 28 U.S.C. § 2253(c)(2). Three of the claims involve conditions of confinement and are, therefore, not properly brought in a habeas action under 28 U.S.C. §2254. *Preiser v. Rodriguez*, 411 U.S. 475 (1973). The only remaining claim involves ongoing state criminal proceedings and is barred from consideration under *Younger v. Harris*, 401 U.S. 37 (1971). "Reasonable jurist" would not disagree with this conclusion. *Beaty*, 303 F.3d at 984. Therefore, the certificate of appealability is **DENIED.**

The Clerk of the Court shall forward to the Ninth Circuit Court of Appeals the record with this order denying the certificate of appealability.

**IT IS SO ORDERED**.

Dated: August 8, 2018

Hon. Cathy Ann Bencivengo
United States District Judge